# ORDER

May 22, 2026

<u>VIA ECF</u>
Honorable Edward S. Kiel
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

      **Re:**    ***Guaraca v. Warden**, et al.*, **No. 1:26-cv-5607 (ESK)**

Dear Judge Kiel,

      Undersigned counsel for Petitioner respectfully requests that the Court adjourns Petitioner's reply deadline, which was set for three days after Respondents' submission. *See* ECF No. 3. Respondents' counsel consents to this request.

      Petitioner intends to file an amended petition for writ of habeas corpus. The parties will confer on a briefing schedule for the amended petition and will submit a proposed briefing schedule on May 27, 2026.

      I thank the Court for its consideration of this submission.

**So Ordered.**

     */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: May 27, 2026**

Respectfully submitted,

    */S/  KYLE BARRON*

WASHINGTON SQUARE LEGAL SERVICES, INC.
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6233
Cell: (480) 430-6829
Kyle.barron@nyu.edu

*Counsel for Petitioner*