May 27, 2026

VIA ECF
Honorable Edward S. Kiel
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Newark, New Jersey 07101

# ORDER

Re:    *Guaraca v. Warden*, *et al.*, No. 2:26-cv-5607 (ESK)

Dear Judge Kiel,

The parties have conferred and propose the following briefing schedule, pursuant to ECF No. 7:

- Petitioner's amended petition shall be filed no later than June 12, 2026
- Respondents' answer shall be filed no later June 18, 2026
- Petitioner's response shall be filed no later than June 25, 2026.

We thank the Court for its consideration of this submission.

Respectfully submitted,

*/S/ KYLE BARRON*

WASHINGTON SQUARE LEGAL SERVICES, INC.
Kyle Barron
Immigrant Rights Clinic
245 Sullivan Street, 5th Floor
New York, New York 10012
Tel: (212) 998-6233
Cell: (480) 430-6829
Kyle.barron@nyu.edu

*Counsel for Petitioner*

**So Ordered.**

_____ */s/ Edward S. Kiel*
Edward S. Kiel, U.S.D.J.
Date: May 28, 2026